# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| SEAMAN CORPORATION, | CASE NO.: 1:23-CV-889 |
| PLAINTIFF, | |
| v. | JUDGE JAMES S. GWIN |
| GARLAND COMPANY, INC., et al., | ORDER |
| DEFENDANTS. | |

The Court having entered an Order on June 2, 2023, dismisses this case pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: June 2, 2023

*s/    James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE